**Order filed August 25, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00832-CR

_____

**BRETT DAVID BOGUS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 176th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1433472**

## O R D E R

On July 14, 2016, this court abated this appeal for appointment of counsel. On August 9, 2016, the court reporter filed a record of the hearing in which the trial court agreed to appoint counsel on appeal. The appellate record does not contain the order appointing an attorney.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before September 8, 2016, containing the trial court's order appointing an attorney.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM